**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARCELO CARUSO and BRUCE ALONSO,
on behalf of themselves and all
similarly-situated individuals,

    Plaintiffs,

v.                                            CASE NO.:  8:14-cv-02759-CEH-TBM

SILVER AIRWAYS CORP.,

    Defendant.
_____/

**DEFENDANT SILVER AIRWAYS CORPORATION'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, Silver Airways Corporation, by and through undersigned counsel, hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Response:**

Plaintiff Marcelo Caruso

Plaintiff Bruce Alonso

Wenzel Fenton Cabassa, P.A. (as attorneys for Plaintiffs)

Luis A. Cabassa (as attorney for Plaintiffs)

Defendant Silver Airways Corporation

Victory Park Capital

Bryan P. Winters (as attorney for Defendant)

Holland & Knight LLP (as attorneys for Defendant)

Erika Royal (as attorney for Defendant)

Lindsay Dennis Swiger (as attorney for Defendant)

All persons listed on certificates of interested persons filed by other parties in this matter.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Response:**

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Response:**

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Response:**

Plaintiffs Marcelo Caruso and Bruce Alonso

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 5th day of January, 2015.

                            **HOLLAND & KNIGHT LLP**

                            s/Lindsay Dennis Swiger
                            **ERIKA R. ROYAL** (FBN 154385)
                            email: erika.royal@hklaw.com
                            515 East Las Olas Boulevard, Suite 1200
                            Fort Lauderdale, Florida  33301
                            Tel: (954) 525-1000   Fax: (954) 463-2030

                            **LINDSAY DENNIS SWIGER** (FBN 0045783)
                            email: lindsay.swiger@hklaw.com

        50 North Laura Street, Suite 3900
        Jacksonville, Florida  32202
        Tel: (904) 353-2000   Fax: (904) 358-1872

*Attorneys for Defendant, Silver Airways Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 5, 2015**, I electronically filed the foregoing Defendant Silver Airways Corporation's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following attorneys of record:

Luis A. Cabassa, Esquire
Wenzel Fenton Cabassa, P.A.
1110 North Florida Avenue, Suite 300
Tampa, Florida  33602
Email:  lcabassa@wfclaw.com
Email:  mkimbrou@wfclaw.com

        *s/Lindsay Dennis Swiger*
        Lindsay Dennis Swiger, Esq.
        Florida Bar No.:  0045783
        lindsay.swiger@hklaw.com